IN THE MATTER OF THE APPLICATION OF JAMES T. MURPHY TO CONTEST THE ELECTION OF WILLIAM K. METTLER TO THE OFFICE OF THE COUNCILMAN-AT-LARGE OF THE CITY OF ENGLEWOOD, AND IN THE MATTER OF THE APPLICATION OF DOROTHY HEIR TO CONTEST THE ELECTION OF KENNETH KING TO THE OFFICE OF COUNCILMAN OF THE THIRD WARD OF THE CITY OF ENGLEWOOD, AND IN THE MATTER OF THE APPLICATION OF PETER M. ABEL TO CONTEST THE ELECTION OF ROBERT I. MILLER TO THE OFFICE OF MAYOR OF THE CITY OF ENGLEWOOD, PURSUANT TO N. J. S. A. 19:29–1 *ET SEQ.*, JAMES T. MURPHY, PLAINTIFF-PETITIONER, v. WILLIAM K. METTLER, DEFENDANT-RESPONDENT.

*Messrs. Grabow, Verp & Rosenfelt* for the petitioner.

*Messrs. Okin, Pressler & Scherby* for the respondent.

July 8, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. CHARLES EADDY, DEFENDANT-PETITIONER.

*Mr. Peter Murray* and *Mrs. Miriam N. Span* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Robert A. Baime* for the respondent.

July 8, 1968. Denied.